**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Darlene Carlson,<br><br>      Plaintiff,<br>v.<br><br>GC Services, LP and Andy Mata,<br><br>      Defendants. | Civil No.: 12-CV-00502 PJS/LIB<br><br>**NOTICE OF DISMISSAL**<br>**WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated: May 23, 2012

Respectfully submitted,
**BARRY, SLADE & WHEATON, LLC**

By:  **s/Christopher S. Wheaton**
Christopher S. Wheaton, Esq.
Attorney I.D.#0389272
2701 University Avenue SE, Suite 209
Minneapolis, Minnesota 55414
Telephone:  (612) 379-8800
Facsimile: (612) 605-2102
cwheaton@lawpoint.com

csw

**Attorney for Plaintiff**