UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| DARLENE CARLSON, | Case No. 12-CV-0502 (PJS/LIB) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| GC SERVICES, LP and ANDY MATA, | |
| Defendants. | |

---

Based upon the Notice of Dismissal With Prejudice filed by the plaintiff on May 23, 2012 [Civil Docket No. 2],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: May 23, 2012                                    s/Patrick J. Schiltz
                                                      Patrick J. Schiltz
                                                      United States District Judge